IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

SUZANNE M. HEIN, )
)
      Plaintiff, ) TC-MD 130357D
)
    v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
      Defendant. ) **FINAL DECISION**

    The court entered its Decision in the above-entitled matter on June 4, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision was entered. The court's Final Decision incorporates its Decision without change.

    Plaintiff appeals Defendant's Notice of Deficiency Assessment dated April 3, 2013, for the 2008 tax year. This matter is before the court on the agreement of the parties. On May 21, 2013, Plaintiff filed her Complaint challenging Defendant's Notice of Deficiency Assessment for the 2008 tax year. After reviewing Plaintiff's appeal, Defendant agrees to provide relief consistent with the Internal Revenue Service's audit adjustments made to Plaintiff's 2008 income tax return. Plaintiff agrees with Defendant's form of relief stated in its Response to Plaintiff's Status Report, dated May 2, 2014. Because the parties are in agreement, the case is ready for decision. Now, therefore,

    IT IS THE DECISION OF THIS COURT that the above-entitled matter is reactivated.

/ / /

/ / /

/ / /

IT IS FURTHER DECIDED that for tax year 2008, Defendant shall revise its Notice of

Deficiency Assessment, dated April 3, 2013, to reflect a tax-to-pay of $21,791.  Penalty and

interest shall be adjusted accordingly.

Dated this ____ day of June 2014.


_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular
Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR
97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final
Decision or this Final Decision cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on June 23,
2014.  The court filed and entered this document on June 23, 2014.*